No. 79–5588. D. C. C. *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 79–5591. MARSH *v.* MORGAN, MARION COUNTY CLERK. Sup. Ct. Ore. Certiorari denied.

No. 79–5592. WOOD *v.* JEFFES, CORRECTIONAL SUPERINTENDENT, ET AL.; and WOOD *v.* DAVIS ET AL. C. A. 3d Cir. Certiorari denied.

No 79–5593. KIMBLE *v.* PLEASANT HILLS CHILDREN'S HOME OF THE ASSEMBLIES OF GOD, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5595. TENNART *v.* AUCOIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–5596. SMITH *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 79–5597. HAMPTON *v.* WYRICK, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–5606. LUMAS *v.* COMMERCIAL CARTAGE CO. C. A. 8th Cir. Certiorari denied.

No. 79–5608. BUSACCA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 79–5611. MORROW *v.* DAYTON NEWSPAPERS, INC. C. A. 6th Cir. Certiorari denied.

No. 79–5615. TOLBERT *v.* JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5616. JOHNS *v.* WOODBRIDGE TOWNSHIP ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–5622. CARTER *v.* LYNN ET AL. C. A. 5th Cir. Certiorari denied.